■ CIRINO CAIOLA, Appellant, v ALL CITY INSURANCE COMPANY, Respondent. [742 NYS2d 555] —In an action to recover damages for breach of an insurance contract, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Barone, J.), entered June 15, 2001, which, after a nonjury trial, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly dismissed the complaint. Santucci, J.P., Altman, McGinity and Adams, JJ., concur.